UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

**CIVIL MINUTES—GENERAL**

| Case No. | CV 23-6214-DMG (MAAx) | Date | November 13, 2023 |
|---|---|---|---|
| Title | *Jardine Gougis v. Spencer E. Abbot, et al.* | Page | 1 of 1 |

Present: The Honorable   DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| Kane Tien | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| Not Present | Not Present |

**Proceedings: IN CHAMBERS—ORDER DISMISSING ACTION**

      In light of Plaintiffs' Notice of Voluntary Dismissal filed on November 9, 2023 [Doc. # 16], the Court hereby **DISMISSES** this action without prejudice pursuant to Fed. R. Civ. P. 41(a)(1). The Court DISCAHRGES the Orders to Show Cause. [Doc. ## 14-15.]

IT IS SO ORDERED.